fendant was a fact to be considered along with other evidence, circumstantial and direct, in deciding whether the contract of purchase had been canceled. It seems evident that, if there was no cancellation of the contract of purchase by substitution of a contract to sell on commission, the plaintiff was entitled to recover the difference between the contract price and the remittances made for the coal delivered to the defendant.

There is no substantial objection to the instruction given as to the measure of damages for refusal of the defendant to receive the coal.

Affirmed.

## MEMORANDUM DECISIONS.

BEAR v. LIBERTY NAT. BANK OF ROANOKE, VA. (Circuit Court of Appeals, Fourth Circuit. May 31, 1923.) No. 2011. On Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Western District of Virginia, at Roanoke, in Bankruptcy. Hall, Wingfield & Apperson and James A. Bear, all of Roanoke, Va., for petitioner. Jas. D. Johnston, of Roanoke, Va., for respondent.

PER CURIAM. Writ of certiorari of the Supreme Court, issued on March 29, 1923, presented, and writ of certiorari and return thereto transmitted to Supreme Court. See, also, 285 Fed. 706.

BEAR v. LIBERTY NAT. BANK OF ROANOKE, VA. (Circuit Court of Appeals, Fourth Circuit. May 31, 1923.) No. 2016. Appeal from the District Court of the United States for the Western District of Virginia, at Roanoke, in Bankruptcy. Hall, Wingfield & Apperson and James A. Bear, all of Roanoke, Va., for appellant. Jas. D. Johnston, of Roanoke, Va., for appellee.

PER CURIAM. Writ of certiorari of the Supreme Court, issued on March 29, 1923, presented, and writ of certiorari and return thereto transmitted to Supreme Court. See, also, 285 Fed. 703.

BECKWITH CO. v. SLOSS–SHEFFIELD STEEL & IRON CO. (Circuit Court of Appeals, Sixth Circuit. April 5, 1923.) No. 3881. In Error to the District Court of the United States for the Southern Division of the Western District of Michigan; Sessions, Judge. Harry C. Howard, of Kalamazoo, Mich., for plaintiff in error. Clapperton & Owen, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

BERRY et al. v. HAAS et al. (Circuit Court of Appeals, Sixth Circuit. May 7, 1923.) No. 3823. Appeal from the District Court of the United States for the Northeastern District of Tennessee; Cochran, Judge. Mulholland & Hartmann, of Toledo, Ohio, and A. T. Bowen, of Knoxville, Tenn., for appellants. Fowler & Fowler, of Knoxville, Tenn., and William V. Brothers and Barthell, Fitts & Rundall, all of Chicago, Ill., for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.